192 So. 594

### BARNETT v. STATE.

### 6 Div. 502.

Court of Appeals of Alabama.

Dec. 19, 1939.

W. Emmett Perry, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

The indictment was in two counts. Count 1 charges embezzlement of an automobile, and the second count charges larceny of the same automobile. The defendant interposed demurrer to the indictment, which demurrer was overruled.

The theory of a joinder of different counts alleging distinct offenses is

that the pleadings may be so formed as to meet any phase of the evidence regarding the crime. It is permissible to join a count in embezzlement with one charging larceny of the same property. Jones v. State, 19 Ala.App. 600, 99 So. 770; Mayo v. State, 30 Ala. 32.

There is no bill of exceptions, and we find no error in the record.

The judgment is affirmed.

Affirmed.